UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____

**IN RE:**

**Guadalupe Sierra,**

       **Debtor(s).**

_____

CASE NO.: 6:13-bk-06553-ABB
CHAPTER 13

ORDER GRANTING DEBTOR'S VERIFIED MOTION TO STRIP THE JUNIOR LIEN OF
JPMORGAN CHASE BANK, N.A.

THIS CASE came on for consideration of the Debtor's Verified Motion to Strip the Junior Lien of JPMorgan Chase Bank, N.A. on Debtor's Principal Residence (Doc. No. 28) (the "Motion"), pursuant to the negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested. The real property (the "Real Property") that is the subject of the Motion is located at 527 Bohannon Blvd., Orlando, FL 32824 and is more particularly described in the following legal description:

    **LOT 59, SOUTHCHASE PHASE 1B VILLAGE 2, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 28, PAGES 117-118, PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

Accordingly, it is hereby

ORDERED:

1. The Motion (Doc. No. 28) is granted.
2. The value of the Real Property is $128,062.00.
3. The Real Property is subject to a first mortgage held by JPMorgan Chase Bank, N.A. in an amount that exceeds $171,606.00.
4. The Real Property is subject to a junior mortgage held by JPMorgan Chase Bank, N.A. recorded on February 15, 2006, Book 08482, Pages 0387 through 0396 in the official records of Orange County, Florida.
5. Accordingly, the claim of JPMorgan Chase Bank, N.A. shall be treated as a wholly unsecured claim.

FURTHER ORDERED:

6. The Creditor's Lien is void and automatically extinguished pursuant to 11 U.S.C. § 506(d) upon entry of an Order of Discharge pursuant to 11 U.S.C. §§ 727, 1141 or 1328.

DONE and ORDERED in Orlando, Florida, this 11th day of December, 2013

                                      HON. ARTHUR B. BRISKMAN
                                      United States Bankruptcy Court Judge

Attorney Giannina M. Villa is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.

JPM Chase, P.O. Box 24696, Columbus, OH 43224
Laurie K. Weatherford, Trustee; P.O. Box 3450, Winter Park, FL 32790
U.S. Trustee, George C. Young Federal Courthouse, 400 W. Washington Street, Orlando, FL 32801